CUNARD MERCANTILE CORPORATION, PLAINTIFF-APPEL-
LANT, v. INTERNATIONAL DYE AND PRINT WORKS,
DEFENDANT-RESPONDENT.

Submitted January 29, 1932—Decided May 16, 1932.

Before GUMMERE, CHIEF JUSTICE, and Justices PARKER
and CASE.

For the plaintiff-appellant, *Alex Moskowitz.*

PER CURIAM.

This is an appeal from a judgment entered on a jury ver-
dict in favor of the defendant and against the plaintiff in the
Passaic County Circuit Court. The grounds of appeal are as
follows: (1) the judgment is contrary to the evidence; (2)
the judgment is contrary to law; (3) the verdict is contrary
to the charge of the court; (4) the verdict was rendered in
favor of the defendant as a result of the jury's mistake, pas-
sion or prejudice. There appear to have been no objections
noted and no exceptions taken. No complaint is made to us
of any errors alleged to have been committed by the court
during the trial of the cause. *Joseph M. Byrne Co.* v. *Snead
& Co.,* 98 *N. J. L.* 256; 118 *Atl. Rep.* 841. No adequate ex-
planation is given as to how the judgment is contrary to law.
The remaining questions are properly the subject of a rule
to show cause and are not the subject of exceptions. *Christy*
v. *New York Central and Hudson River Railroad Co.,* 90 *N.
J. L.* 540; 101 *Atl. Rep.* 372.

Judgment below will be affirmed.